IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **95-cr-468-JLK**

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**MATTHEW E. BERRIE,**

       Defendant.

## AMENDED ORDER

Kane, J.

This matter is before the Court on Defendant's Unopposed Motion for Early Termination of Supervised Release (doc. #19), filed November 12, 2009. The Court has reviewed the Motion and the attachments thereto. It is noted that the Judicial Conference criteria for Early Termination of Supervised Release are advisory only. The Motion is **GRANTED**. Supervised release shall be terminated forthwith.

Dated this 12th day of November, 2009.

                                             BY THE COURT:

                                             *s/John L. Kane*
                                             John L. Kane, Senior Judge
                                             United States District Court